# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRUCE A. POINTER, Sr., *et al.*,               )
                                               )
        Plaintiffs,               )
                                               )
        v.                        )   Civil Case No.  08-0247 (RJL)
                                               )
DISTRICT OF COLUMBIA, *et al.*,                )
                                               )
        Defendants.               )

## FINAL JUDGMENT
### (September 5 , 2010)

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that the defendants' Motion for Summary Judgment [#24] is **GRANTED**, and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge